JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION

| | |
|---|---|
| DEMETRIO ELIZARRAS,  <br><br>        Petitioner,  <br><br>   v.  <br><br>DAVID LONG, WARDEN,  <br><br>        Respondent. | ) SA CV 13-00058-BRO (SH)  <br>)  <br>) JUDGMENT  <br>)  <br>)  <br>)  <br>)  <br>)  <br>) |

   IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied, and the action is dismissed with prejudice.

DATED: <u>July 1, 2013</u>

_____
BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE